■ DONALD YEARICK, Appellant, v PETER L. KROG et al., Respondents. [700 NYS2d 782] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Bradstreet, J. (Appeal from Judgment of Supreme Court, Steuben County, Bradstreet, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Balio, JJ.